## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

FOREST R. GRAVES, II, on behalf of
himself and others similarly situated,

    Plaintiff,

v.                                                            CASE NO: 8:05-cv-2119-T-26EAJ

KEYSTONE TILE AND MARBLE, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Dismiss Counterclaim (Dkt. 13) is denied. Because Defendant's counterclaim is clearly related to Plaintiff's original claim such that the claims form the same case or controversy, this Court has supplemental jurisdiction over the counterclaim pursuant to 28 U.S.C. § 1367(a). See Rothman v. Emory Univ., 123 F. 3d 446, 454 (7th Cir. 1997).[1]  Plaintiff shall file an answer and defenses to Defendant's counterclaim within 10 days of this order.

**DONE AND ORDERED** at Tampa, Florida, on May 5, 2006.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] The two district court opinions cited by Plaintiff are clearly inapposite because they were decided prior to the enactment of 28 U.S.C. § 1367 on December 1, 1990.